**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDRE PATRONE,**
                **Plaintiff,**

-vs-                                                 **Case No. 6:08-cv-1686-Orl-31KRS**

**THE CITY OF ORLANDO,**
**NAHOUM DANIEL,**
**UNIVERSAL DEVELOPMENT**
**PARTNERS, LTD., d/b/a Citywalk,**
**PERRY RICCIARDI,**
                **Defendants.**
_____

## ORDER

During the past year, the City of Orlando has moved to recuse the undersigned in several cases involving claims of excessive use of force by the Orlando Police Department. The recusal motions are based on an incident involving my youngest son many years ago. The City, however, has not been consistent in this regard, and no such motion has been filed in the instant case, among others.

This is an issue that requires consistency. If the City continues to question my impartiality, it should so advise the Court, and I will automatically recuse myself from all matters in which the Orlando Police Department is a party. However, the City may not pick and choose, seeking my recusal in some such matters but not others. Accordingly, it is

**ORDERED** that the City shall state in writing by way of a pleading filed on or before January 18, 2010 whether it wishes the undersigned to be recused from all cases in which the Orlando Police Department is a party.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 4, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party