# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDRE PATRONE,**
                **Plaintiff,**

**-vs-**                                              Case No. 6:08-cv-1686-Orl-31KRS

**THE CITY OF ORLANDO,**
**NAHOUM DANIEL,**
**UNIVERSAL DEVELOPMENT**
**PARTNERS, LTD., d/b/a Citywalk,**
**PERRY RICCIARDI,**
                **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion for Recusal (Doc. 87) filed by Defendants City of Orlando and Nahoum Daniel. The motion is hereby **GRANTED**. The Clerk is directed to reassign this matter to another judge.

In the future, I will attempt to recuse myself *sua sponte* from any excessive use of force cases involving any member of the Orlando Police Department or the department itself. It is not possible for the Court to receive notice of all such cases automatically, however, and in some cases it may not be clear at the outset that the plaintiff is asserting an excessive force claim. If the City

believes I am unintentionally continuing to oversee a case that contains an excessive force claim, it should so notify the Court.[1]

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 20, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] To be clear, I do not intend to automatically recuse myself in every matter involving the Orlando Police Department, only those involving allegations of an excessive use of force.